# EXHIBIT D

**From:** Jonathan Laudon <jonathanlaudon@sprigs.life>
**Date:** December 22, 2022 at 4:55:13 PM EST
**To:** Sean Smith <ssmith@continuumlg.com>
**Subject: Jewel / Reign letter response**

Hello Sean Please pass this email on to the concerned parties. The magazine that the letter you are referencing was published in has a readership of mainly Amish communities. Our community loves your products. Everyone at the Motherhood magazine loves your product. Over the years we have published dozen of averts for you product written by mothers for the forum portion of the magazine. We normally do not allow advertising in that section, but have actually published a great number of adverts for your products because we thought it could be helpful to our community. I added up the cost of the space used to publish positive content on your products. If we would have sold that as add space as we did in the past to other companies that would have cost you around $10,000 dollars. There is no question the Motherhood Magazine has made you money. Some readers have even made claims in them that you would not actually be legally able to make such a "chemical free" or fixing hormonal problems or dealing with pain. These are not acceptable claims for your company to make as I am sure you are well aware. Us publishing them is actually of great benefit to you as a company because it removes liability for you as we are a third party.

But as they say you have to take the good with the bad. You have benefited from our open forem style magazine. You have to understand that sometimes people will say things that are less than positive in a open forum.

If you reached out concerned and asked us to publish a bit of info clarifying the situation we would have been happy to. Instead you write threatening a lawsuit. Something you might not know about the Amish and Menonite comunity that we serve is that that they have moral objections to sueing people in most cases. That fact that you are threatening to sue us for something we publish in a forum style section of the magazine that they deaply value would be extremely disappointing to many of your customers within our community.

If you in any way attempt to move forward with any type of legal action we will publish your letter and keep the whole community up to date on any legal actions you take.

I seems people are already concerned with the name change of you company and are worried that you might be "corporate sellouts". Your customer finding out that you want to sue us or are even considering sueing would greatly further the concern that you have turned into a souless cooperation that does not care about the customer you serve. It even makes me wonder. You could have just reach out person to person and asked us to clarify.

Please let us know you have disreagarded the whole thing, other wise we may publish your letter in the our next issue which will be coming out very early 2023.

Sincerly Jonathan

PS. Below are some example letters that you may not have seen.

Hello ladies,
Greetings to one and all. I want to thank all of you for taking an interest and reading this letter. You may wonder "Why are people starting to go around talking about pads?" I am very passionate about this subject because my life has changed by making the switch and using the chemical free Natural Sanitary Napkin and using chemical free soap and science based supplements.
I had been a sufferer of severe pain with my monthly cycle since I was in my early teens. I had pain that Ibuprofen did not take away. At the age of 27, married for 2 1/2 years, I had surgery for endometriosis with one of the countries' best doctors. 8 months later I was still having pain with each cycle. When I switched to these Natural Pads I could feel a difference in 2 months. By 6 months I was pain free and my cycles have been "fun" ever since. I do not believe this product will be a cure all, but I do believe it is a good place to start. You might be thinking "I no longer need pads so why shold I be concerned about it now?" For one thing, you might have daughters or nieces that are suffering and you could help them find relief. And the other thing, you might still be experiencing hot flashes, or bladder leakage since your hysterectomy. Every person's body is different, and many people need to take a supplement with using the Natural Sanitary Napkins until the desired results have been achieved.
Are you curious what the traditional sanitary napkins are made of? I know I was, so let's go on a journey. (The following information is from CDC.) First, notice how the pad is wrapped. To be considered sanitary, things need to be sealed so dirt and germs cannot enter the sanitary item. The top layer of the traditional pad is made of plastic. Some have a blue strip of dye in them to make the product look clean. The traditional absorbency (middle layers) is made of recycled newspapers, bleached multiple times so they are white and look clean. You may take 50ml (scant 1/4 cup) of water and pour it into the pad. Let it set a few minutes then put a paper towel on top and press down and see what happens. This in itself is a very important part because as our bodies detox, the toxins should be taken away from the body, but by using these traditional pads we are re-introducing them to one of the most vascular areas of the body. Plus we have the extra dioxins from the bleach in the pad. If you take the pad apart and look at the absorbency system you will notice how yellow it has turned. This happened when the dioxins got wet. These dioxins are so harsh they can stay in your system for up to 20 years. You might also wonder what the bottom layer is. This is plastic as well, think of a trash bag. This can also cause a lot of problems because as we know plastic does not breathe. This is the exact enrivonment bacteria likes to grow in and now we have yeast infection, urinary tract infection etc.
These Natural Sanitary Napkins are made of chemical free cotton and the absorbency system is made of a plant based polymer. (You may contact me for a free sample to do the mentioned experiment.) Some of you may already be using these pads, some of you may have heard about them and still others may have no idea what I am writing about. I ask that you go through the same journey with the Jewel sample that we went through with the traditional one by pouring 50ml of water onto the pad and letting it set a few minutes before pressing on it with the towel.
You may notice the pink strip on these pads. This strip is Graphene. What is Graphene? This wonder material was discovered in 2004 and won the Nobel Prize in 2010. It is an element of the earth and is also known as carbon. Carbon is the basic building block of the body. It bidns together the other elements, oxygen, hydrogen, nitrogen, calcium and phosphorus, and makes them flow through the body. If we wouldn't have carbon, we wouldn't be able to live. So by having the Graphene in the pads the carbon connects with the carbon in our bodies and enhances it, therefore supporting our energy, and potentially reduces brainfog, headaches etc., because we have better oxygen flowing to the brain. Graphene laso has an extreme drawing power that will help draw toxins out the body (like charcoal, but many times stronger), reducing the level of pain. It kills 99.99% of bacteria, thus helping reduce yeast infections. It calms inflammation in the body so people have found many uses for this small strip of graphene, including anything from sore feet to backache to toothache to earache etc.
Is Graphene toxic? No, it's not. Did you know that the gray in the center of a pencil (known as lead) comes from the same source as graphene? I never heard that a child died from chewing on a pencil. It was in fact probably good for the child because it produced carbon and gave the child a better oxygen flow to the brain. What many of us may not know is that lead is never gray, but it is black.

How can we naturally produce more carbon? The food we eat can be a great source of getting carbon into our bodies. Carbon is the main source of foods such as raw fruits and vegetables, healthy carbohydrates, proteins and fats. We need a healthy balance of these foods to be able to produce the right amount of carbon for our bodies.

So, why did no one ever tell us about this? Because they didn't know! The FDA does not require the ingredients to be listed on the package because it is considered a medical device. (Sometimes I wonder what all they can put into our medications that we don't know what harm it is causing.)

This is a sensitive subject, but ladies, if you know of someone that suffers monthly I feel it is now your duty to pass this information on to others. I have done what I can by informing you and I am still here to answer any questions, but please help me stop this silent suffering b passing the word along and educating your children!

To be continued - why does mom say, put socks on? Don't lift heavy objects? Don't run? Also the dangers of using pampers on our babies.

(We make no medical claims, health claims, or any other claims about our premium sanitary pads. The testimonies you hear are from actual users of our product and their personal experiences and results that will var from person to person, user to user which may or may not reflect the views of our company and it's brand.)

Anyone can call the company directly at 844-789-1033 to place an order. Use ID#104033.

Payment can be made with credit card or check. If paying by check have your checkbook along to give the routing and account number over the phone and they take it directly from your account.

If you have questions please feel free to call or write to:
Naomi King
588 Meethinghouse Rd
Gap, PA 17527
717-371-5495
shadygrove31@sle.email
https://nking155.jewelpads.com

The first 3 callers of each month that have not yet tried these Natural Sanitary Napkins will receive a free trial pack with information. Mention this article when you call me to get free shipping on a kit. Kits are 17pk for $100 or 42pk for $250.

I would be delighted to come to your area to teach the ladies in the community about women's health and hormones. Help me reach more people by hosting a meeting.

When looking for chemical free soaps, know what ingredients that you don't want and read the labels before you buy!

Blessings to all! Same mag as the negative comment.


Why do we use Reign Sanitary Napkins?

Have you ever considered why to use toxic/chemical free sanitary napkins? We hear and see them advertised everywhere. But does it ever explain why we should use them?

Girls and women have and are suffering silently with menstrual cramps, yeas infections, and hormonal issues.

As a teenager, I suffered from severe cramps, and yeast infections, I just thought that it was normal some of my friends struggled with these issues, and some did not.

I was diagnosed with retrograde endometriosis at a young age. Retrograde endo is where there is a back-flow of blood and that's when endo starts growing. So if we sit on the standard soggy store-bought pads all day, that's when havoc starts.

Now let's talk how the Reign Sanitary Napkins are designed.
Layer 1 is a 3-dimensional layer, suspended design with wings to prevent leaks.
Layer 2 is ultra-soft cotton that provides ultimate comfort.
Layer 3 is the graphene-infused strip. Graphene is a natural element that is taken from the Earth. Graphene is a 99.9% bacteria killer, also graphene is an infection fighter and removes toxins. It has a potential to draw cramps and soothes yeast infections.

3

Layer 4 is an air-laid blockade that protects against undesired leaks, preventing harmful bacteria growth.
Layer 5 is a super safe polymer, a very important part in the pad. Polymer is super absorbent, absorbing 10 times more feminine flow. Absorption of polymer is amazing! It can absorb hundreds of times its weight, so adding it to a sanitary napkin can absorb 10 times more fluid than a standard pad, which will keep you dry! Women have a lower chance of discomfort, irritation, odor, itching, etc.
Layer 6 is a reinforced layer for extra protection against leaks. The innovative design is adept at moving the moisture away from the body, so you feel comfortable and dry.
Layer 7 is a breathable bottom layer that offers air dispersion to eliminate heat and undesired moisture, potentially preventing harmful bacteria growth and odor.
Layer 8 is a non-toxic, durable agricultural-grade adhesive for a secure grasp.
Did you know that traditional pads are made of recycled newspaper trash and bleached 8 times? No wonder there are so many yeast infections, cramps, and hormonal issues.
Reign has five variants to meet a woman's menstrual flow: ultra-thin panty liner for everyday use; very light panty liner with wings and light absorbency; moderate; heavy; and super-heavy overnight flow. These are all $6.00 per pack, special for 2022 and 2023 is free shipping on all orders.
For more info or to order go to www.supergoods.jewelpads.com
Call or write:
Minerva Zimmerman
118 Royer Rd
Ephrata, PA 17522
717-859-1210

Dear friends,
Thank you to all who make this magazine possible. It is so inspiring!
My heartfelt sympathy to all who journey the path of grief. Be it childless, miscarriages, infants, stillborns or a child…
I feel especially a passion to the childless and the ones with miscarriages or dealing with infertility.
We traveled that path our 1st 8 years of marriage. We struggled through grief after miscarriages or silent grief because of still empty arms and yet another miscarriage. I could identify with the lady in winter 2021 issue who was sympathizing with the grieving.
To the ones who want to know more about PCOS. The cysts grow on the ovaries because of a sugar imbalance and causes hormone issues. Such as having no periods or miscarriages. Feeling depressed goes with it. Using xylitol, stevia and or MS crystals is a great way to sweeten your eats. Avoid processed foods and white flour. Eat healthy fats, such as homemade butter and olive oil. Do a liver flush, it can do wonders. Use castor oil packs! Put one on each ovary for 45 minutes with a hot water bottle over it if desired. Castor oil can do wonders, but I didn't have good results when I left it on too long. The hot water bottle helps to strengthen the use of it. Read Be Your Own Doctor. It recommends the castor oil packs for ovarian cysts.
I was diagnosed with PCOS at age 17 and didn't use the castor oil until years later. I'm almost excited as I write this as I had completely forgotten about the castor oil packet until I was writing this. I just hope this may help someone, maybe to at least feel better in health, if nothing else.
Those 8 years we traveled the path of infertility are not soon forgotten, and I still love to go into that subject. I hope all childless and struggling may find joy and blessings as they journey along on the path that God designed for you.
In the year of 2017 we conceived again. It is a miracle to this day that 9 months later we were blessed with a healthy baby girl.
Only a few months before that pregnancy we did an ultrasound which showed lots of small cysts on

ovaries. I decided then, well I guess this will just go with me. What happened that I could conceive and then also keep it? We don't know. What happened to those cysts? God's hand was in it, praise His name... I did not take a lot of stuff those first months, hardly anything. Prenatals without red raspberry and also stayed away from the tea and lots of other herbs. A friend told me herbs and red raspberry tea aren't for everybody and I found that very true. Do I have a nervous uterus? I used suppository progesterone until 5 weeks before my due date and 3 weeks later we were blessed with a healthy baby girl.
I was sick those first months. Took lots of foot soaks to detox.
If you want to conceive also try the liver flush. It's good for both of you!

To make the castor oil packs use a quart size ziplock bag. Put the castor oil on a paper towel and slip it in the bag. Make it real warm before putting on your stomach. Use the 1st part of your cycle. Good luck!

I'm anxious to see the answers to what to do for babies and toddlers who don't sleep well. Is it parasites or teething? I know what it's like to get up at night and they don't settle well again. The next day they are happy as ever.
God bless you all...

Hello moms,
Just thought I'll share some tips that worked for me, but doesn't mean it will work for everyone.
To the mom on page 71 of the summer 2021 issue, signed "a reader", wondering why you can't carry your baby more than 5-6 weeks? Sounds like me (I had 2 miscarriages first) my midwife wanted me to use progesterone cream, wild yam, and a baby Aspirin (81mg). The wild yam made me feel more nauseated so backed down on that and felt better, finally decided I have thick blood and that's why I can't carry it longer as baby gets bigger and somehow shuts off the blood flow, so that's what the 81mg Aspirin is supposed to thin the blood, so as soon as I find out I'm pregnant I take 1 a day until 34 weeks I need to stop so I don't hemorrhage at birth. Also to the lady wondering what to do to keep birds out of your berries on page 44 of the summer 2021 issue I saw somewhere to mix 1 package grape cool aid with 2 quarts water (no sugar) and spray on blueberries every 4 days! We've tried it at my in-laws and it worked! What worked for me while breastfeeding, for sore and cracked nipples, I put vitamin E oil on after every feeding and felt much better, could tell if I forgot. After the first month it was pretty well healed and no more pain. Except if I got a sore spot on my breast I drank a glass of pineapple juice every day (that keeps the milk ducts open) and also for the sore spot and put a Jewel Sanitary Napkin liner pad on (make sure the pink strip is on the sore spot) that took the pain right away, can also work for yeast, wouldn't want to be without them over that time.
Both of our babies were fussy, the 1st one was all day and 2nd one was quiet and slept a lot during the day then started crying in PM and would cry most of the night, we tried a lot of different things and finally started taking Maximizer enzymes in big dose and also made my fingertip moist and put some of the pill powder on my finger and in her mouth about 2 times before every feeding, that was the trick for her, with time I was able to stop giving it to her and just took ti myself and seemed to be fine. I thought I had a very content baby after that! Some people thought she's still fussy, but not for me! I wish I would've known about the Maximizer enzymes for our first one.
Well, I wrote enough for this time. Thank you everyone for making this magazine possible. I like it!

A mom of Irish twins

P.S. To the "another mom" on page 88 of the summer 2021 issue, I found gripe water helps for hiccups, can get at Walmart.

302 Marstellar Rd
Fredonia, PA 16124
Can we publish your address in the magazine? No.

--

**Jonathan Laudon**
**Sprigs Life**® | Owner
**EMAIL:** jonathanlaudon@sprigs.life

**sprigs.life**

--

**Demond Crump** | **Chief Executive Officer**
P: 1.844.789.1033
dcrump@jewelpads.com
www.jewelpads.com

6