IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEWEL SANITARY NAPKINS, LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action File No. 5:23-cv-00376 |
| SPRIGS LIFE INC. d/b/a MOTHERHOOD MAGAZINE | ) ) Judge J. Philip Calabrese |
| Defendant. | ) ) |

## JOINT MOTION FOR CLARIFICATION AND MODIFICATION

Plaintiff Jewel Sanitary Napkins, LLC ("Jewel") and Defendant Sprigs Life Inc. d/b/a Motherhood Magazine ("Motherhood") hereby respectfully request clarification from the Court regarding the Court's December 27, 2023 Order (ECF No. 23). The parties further request modification of the Order as described below.

Specifically, the Court granted the parties' Joint Motion Extending Briefing Schedule and Continuance of Status Conference (ECF No. 22), permitting Motherhood to file its Opposition on January 26, 2024. This is the date that the parties requested for Jewel's Reply deadline. The parties inadvertently omitted the date they agreed upon for Motherhood's Opposition deadline: January 5, 2023. Likewise, the Court's Order was silent as to Jewel's new Reply deadline.

Accordingly, the parties seek modification to the Court's December 27, 2023 Order to grant the briefing schedule the parties jointly agreed upon. The parties respectfully ask that Motherhood's Opposition deadline be set for January 5, 2023, and Jewel's Reply deadline be set for January 26, 2024. The parties also advise that no requests for modification are being made to the Court's Order regarding the rescheduling of the next status conference.

Respectfully submitted this December 29, 2023,

/s/ *Amanda G. Hyland*
Amanda G. Hyland (pro hac vice)
ahyland@taylorenglish.com
Georgia Bar No. 325115
Austin C. Vining (pro hac vice)
avining@taylorenglish.com
Georgia Bar No. 362473
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle
Atlanta, GA 30339

Andrew C. Stebbins (0086387)
Christina N. Williams (0093726)
astebbins@bdblaw.com
cwilliams@bdblaw.com
**Buckingham, Doolittle & Burroughs, LLC**
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114
Telephone: (216) 736-4234
Facsimile: (216) 736-4234

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing Joint Motion for Clarification and Modification was filed electronically this 29th day of December, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Amanda G. Hyland*
Amanda G. Hyland (pro hac vice)