# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JEWEL SANITARY NAPKINS LLC, | ) | Case No. 5:23-cv-00376 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Thomas M. Parker |
| | ) | |
| SPRIGS LIFE, INC. d/b/a, | ) | |
| MOTHERHOOD MAGAZINE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED ORDER

On December 26, 2023, the parties jointly moved to extend the remaining briefing schedule on Plaintiff's partial motion for judgment on the pleadings (ECF No. 19) and to continue the status conference scheduled for January 9, 2024 (ECF No. 22). For good cause shown, the Court **GRANTS** the parties' joint motion, **AMENDS** the schedule previously set in ECF No. 18, and **ORDERS** the following:

1. Defendant's response to Plaintiff's motion due by January 5, 2024.

2. Reply in support of motion due by January 26, 2024.

3. The Court sets the next status conference, which will be held by Zoom, for February 6, 2024 at 2:00 p.m. Counsel should be prepared to discuss finalizing the discovery schedule and the potential for alternative dispute resolution. The Courtroom Deputy will email counsel with instructions to participate in the conference.

**SO ORDERED.**

Dated:  December 29, 2023

_____
                J. Philip Calabrese
                United States District Judge
                Northern District of Ohio