## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JEWEL SANITARY NAPKINS LLC, | ) | Case No. 5:23-cv-00376 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| SPRIGS LIFE, INC. d/b/a, | ) | |
| MOTHERHOOD MAGAZINE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

On March 15, 2024 the Court directed the parties to confer and submit a joint status report with a proposed deadline for fact discovery, expert discovery, and mediation.  (Minutes, Mar. 15, 2024.)  On March 29, 2024, the parties submitted a joint status report with proposed deadlines.  (ECF No. 30.)  By agreement of the parties, the Court **AMENDS** the schedule (ECF No. 14) and **ORDERS** the following:

| | |
|---|---|
| Fact discovery deadline: | July 1, 2024 |
| Private mediation completion deadline: | July 15, 2024 |
| Expert discovery deadline: | September 15, 2024 |

**SO ORDERED.**

Dated:  April 1, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio